Argued March 17, affirmed April 7, 1954

## MARTINOLE v. DELEPINE
### 268 P. 2d 1040

*Rollin E. Bowles,* of Portland, argued the cause for appellants. On the brief were Weiser & Bowles, of Portland.

*Kermit Smith,* of Portland, argued the cause for respondent. With him on the brief were Virgil Crum and Collier, Bernard, Bernard & Edwards, of Portland.

Before LATOURETTE, Chief Justice, and ROSSMAN, LUSK and BRAND, Justices.

PER CURIAM.

Action for fraud in the sale of corporate stock. Defendants are charged with conspiracy to cheat plaintiff. A jury awarded plaintiff $15,000, the amount of money he paid for the stock, and $5,000 punitive damages. There is an abundance of evidence of fraud

and of a conspiracy on the part of defendants to defraud plaintiff. It therefore became a jury question.

We have carefully examined all the assignments presented to us and are of the opinion that no prejudicial error appears of record.

Affirmed.